**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-11793 |
| Bond foundry, llc | Chapter 11 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 2/24/2022, I did cause a copy of the following document(s), described below:

Noitce of Disclosure Statement Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/24/2022

/s/ Mark Frankel
Mark Frankel
Bar No. 8417
Backenroth Frankel & Krinsky, LLP
800 Third Avenue
New York NY 10022-0000
(212)593-1100
mfrankel@bfklaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 20-11793 |
|---|---|
| Bond foundry, llc | Chapter 11 |
| Debtor(s) | |

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 2/24/2022, I did cause a copy of the following document(s), described below:

Noitce of Disclosure Statement Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/24/2022

*[signature]*

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 2/24/2022, I caused a copy of the Noitce of Disclosure Statement Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

| | | | | | |
|---|---|---|---|---|---|
| Bond Foundry, LLC | | | 55 Broadway, 18th Floor | | New York NY 10006-3041 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| Manhattan Division | | | One Bowling Green | | New York NY 10004-1415 |
| Backenroth Frankel & Krinsky | | | 800 Third Avenue | 11th Floor | New York NY 10022-7651 |
| Baruch Singer | | | 95 Delancey Street | | New York NY 10002-3165 |
| Bway.Inc | | | PO Box #1688 | | New York NY 10013-0870 |
| City of New York | | | NYC Law Department | 100 Church St | New York NY 10007-2668 |
| Cooper Electric | | | 29 W 38th Street, 2nd Floor | | New York NY 10018-2192 |
| Coworkrs LLC | | | 55 Broadway, 3rd Floor | | New York NY 10006-3757 |
| Eden Technologies | | | 54 Gilbert Street | | San Francisco CA 94103-4714 |
| Foundry Austin Owner LLC | | | 823 Congress Street Suite 600 | | Austin TX 78701-2647 |
| Internal Revenue Service | | | c/o US Attorney Claims Unit | One Saint Andrews Plaza Rm 417 | New York NY 10007-1701 |
| NYC Department of Finance | | | 66 John Street | | New York NY 10038-3728 |
| NYS Dept of Tax & Finance | | | Bankruptcy Unit | PO Box 5300 | Albany NY 12205-0300 |
| New York City Dept. Of Finance | | | Taxpayer Identification Unit | 25 Elm Place, 3rd Floor | Brooklyn NY 11201-5826 |
| New York State Tax Commission | | | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany NY 12205-0300 |
| Office of The United States Trustee | | U.S. Federal Office Building | 201 Varick Street | Suite 1006 | New York NY 10014-4811 |
| OneDiversified LLC | | | 2975 Northwoods Pkwy | | Norcross GA 30071-1537 |
| Premiem Parking | | | 601 Poydras Street Suite 1500 | | New Orleans LA 70130-6061 |
| Reed Smith LLP | | | 599 Lexington Ave | 22nd Floor | New York NY 10022-7650 |
| Restoration Hardware | | | PO Box #50081 | | Los Angeles CA 90074-0081 |
| State of New York | | | Attorney General's Office | 120 Broadway | New York NY 10271-0002 |
| United States Trustee | | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York NY 10014-7016 |
| United States of America | | | c/o U.S. Attorney | 86 Chambers Street | New York NY 10007-1825 |
| Mark A. Frankel | | Backenroth Frankel & Krinsky, LLP | 800 Third Avenue | 11th Floor | New York NY 10022-7651 |
| Scott Krinsky | | Backenroth Frankel & Krinsky, LLP | 800 Third Avenue | 11th Floor | New York NY 10022-7651 |